JRL:am

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6219**

**CIV-UNGARO-BENAGES**

UNITED SATES OF AMERICA,

Plaintiff,

v.

21st CENTURY SYSTEMS, INC.,
a Florida corporation and
SARA R. MILLER, individually and as
an officer of the corporation,

DEFENDANTS.
_____/

**MAGISTRATE JUDGE**
**BROWN**

## CIVIL CERTIFICATION COVER SHEET

1.  Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____ Yes  ✓ No

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
JEFFREY R. LEVENSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 383570
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Telephone: (954) 356-7314, Ext. 3611
Facsimile:  (954) 356-7180