AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.

21st CENTURY SYSTEMS, INC., et al.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 00-6219

CIV-UNGARO-BENAGES

MAGISTRATE JUDGE BROWN

TO: (Name and Address of Defendant)

21 CENTRY SYSTEMS, INC., et al.
c/o Sara Miller
351 Cypress Rd., Ste. 305
Pompano Beach, FL 33062

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

JEFFREY R. LEVENSON
ASSISTANT U.S. ATTORNEY
United States Attorney's Office
500 East Broward Boulevard, Ste. 700
Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

CLERK

BY DEPUTY CLERK

DATE: February 14, 2000