AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

21st CENTURY SYSTEMS, INC., et al.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 00-6219

CIV-UNGARO-BENAGES

MAGISTRATE JUDGE
BROWN

TO: (Name and Address of Defendant)
    SARA MILLER, individually
    351 Cypress Rd., Ste. 305
    Pompano Beach, FL 33062

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
    JEFFREY R. LEVENSON
    ASSISTANT U.S. ATTORNEY
    United States Attorney's Office
    500 East Broward Boulevard, Ste. 700
    Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox                                February 14, 2000
CLERK                                          DATE

BY DEPUTY CLERK