UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 00-~~8126~~ 6219 CIV-UNGARO-BENGAES
Magistrate Judge Brown

UNITED STATES OF AMERICA

    Plaintiff,

v.

21ST CENTURY SYSTEMS, INC.,
a Florida corporation; and
SARA A. MILLER, individually,
    Defendants.
_____/



### NOTICE OF UNAVAILABILITY

The undersigned attorney, CARL A. SCHMITT, will be out of the jurisdiction and unavailable on the following dates:

March 17 to 27, April 26 to May 3, and May 22 to June 19, 2000

and respectfully requests that no trials, hearing, depositions, or other matters be scheduled during this time, or that any discovery will not be due during that period.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 3 March, 2000 to Jeffrey R. Levenson, Esq. Attorney for the Plaintiff, United States Attorney's Office, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33394; Jill P. Furman, Esq., Office of Consumer Litigation, P.O. Box 386, Washington, D.C. 20044.

                      CARL A. SCHMITT, P.A.
                      1666 Kennedy Causeway. Suite 705
                      North Bay Village, FL 33141
                      Telephone: (305) 861-7074
                      Facsimile: (305) 861-7571

                      By: _____
                      CARL A. SCHMITT
                      Florida Bar No. 017134