UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 00-6219   CIV-UNGARO-BENAGES
Magistrate Judge Brown

UNITED STATES OF AMERICA,

    Plaintiff,

v.

21ST CENTURY SYSTEMS, INC.,
A Florida corporation; and
SARA A. MILLER, individually,
and as an officer of the corporation,

    Defendants.
_____/



## NOTICE OF APPEARANCE FOR 21ST CENTURY SYSTEMS, INC.

Notice of Appearance as counsel for 21st Century Systems, Inc., is hereby given by the undersigned, CARL A. SCHMITT, to the Court, opposing counsel and all parties of interest. All pleadings and correspondence for 21st Century Systems, Inc., should be forwarded as follows:

    Carl A. Schmitt, P.A.
    1666 Kennedy Causeway
    Suite 705
    North Bay Village, FL 33141

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 3 day of March, 2000 to Jeffrey R. Levenson, Esq., Attorney for the Plaintiff, United States Attorney's Office, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33394; Jill P. Furman, Esq., Office of Consumer Litigation, P.O. Box 386, Washington, D.C. 20044.

    CARL A. SCHMITT, P.A.
    1666 Kennedy Causeway, Suite 705
    North Bay Village, FL 33141
    Telephone: (305) 861-7074
    Facsimile: (305) 861-7571

    By: _____
    CARL A. SCHMITT
    Florida Bar No. 017134