UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6219-CIV-UNGARO-BENAGES

UNITED STATES OF AMERICA,          )
                                   )
    Plaintiff,                     )
                                   )
v.                                 )
                                   )
                                   )
21st CENTURY SYSTEMS, INC.,        )
a Florida corporation; and         )
SARAH A. MILLER,                   )
individually,                      )
                                   )
    Defendants.                    )
_____/

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Jill P. Furman, Trial Attorney, United States Department of Justice, and Nancy Langston, Assistant United States Attorney, on behalf of Thomas E. Scott, United States Attorney for the Southern District of Florida, 99 N.E. 4th Street, 3rd Floor, Miami, Florida 33132, as attorneys of record for Plaintiff, the United States of America, in the above-referenced matter.  Please forward copies of all pleadings, correspondence, etc. to undersigned counsel.

Dated: March 20, 2000

Respectfully submitted,


THOMAS E. SCOTT
UNITED STATES ATTORNEY


JILL P. FURMAN
Trial Attorney
Office of Consumer Litigation
P.O. Box 386
Washington, D.C.  20044
TEL:  (202) 307-0090
FAX:  (202) 514-8742
EMAIL: Jill.Furman@usdoj.gov

By: /s/ Nancy Langston
NANCY LANGSTON
Assistant United States Attorney
99 N.E. 4th Street
3rd Floor
Miami, Florida 33132
Court Assigned No. A5500437
PHONE:  (305) 961-9012
FAX:  (305) 530-7139

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 28th day of March, 2000, to: **Carl A. Schmitt, 1666 Kennedy Causeway, Suite 705, North Bay Village, Florida, 33141.**

By: /s/ Nancy Langston
Nancy Langston
Assistant U.S. Attorney