UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6219-CIV-UNGARO-BENAGES

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

21ST CENTURY SYSTEMS, INC.,
et al.,
    Defendants.
_____/



FILED by CJ D.C.
MAY 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon *sua sponte* review of the file.

A review of the file reveals that although Defendant 21st Systems, Inc. has entered an appearance in this action and joined in the filing of the Joint Scheduling Report, filed April 20, 2000, 21st Systems, Inc. has failed to file an answer or otherwise respond to the Complaint. Accordingly, it is hereby

ORDERED AND ADJUDGED that no later than May 22, 2000, Plaintiff shall file a written response showing good cause why Plaintiff has failed to move for the entry of default against Defendant 21st Systems, Inc.

DONE AND ORDERED in Chambers at Miami, Florida, this 11 day of May, 2000.

                    URSULA UNGARO-BENAGES
                    UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record