UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NIGHT BOX FILED
MAY 15 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE NO. 00-6219-CIV-UNGARO-BENAGES/BROWN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| v. | ) |
| 21ST CENTURY SYSTEMS, INC., a Florida corporation; and SARA R. MILLER, individually, and as an officer of the corporation, | ) |
| DEFENDANTS. | ) |

## PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Plaintiff, United States of America, through counsel, Jill P. Furman, Trial Attorney, Office of Consumer Litigation, United States Department of Justice, hereby shows cause why Plaintiff has not yet moved for the entry of default against Defendant 21st Century Systems, Inc., in the above-entitled matter. In support of its response, Plaintiff states as follows:

1. The complaint and summons were served on Defendant 21st Century Systems, Inc., on February 16, 2000. On March 7, 2000, counsel for Plaintiff agreed with counsel for defendant to an extension of time through April 6, 2000, for Defendant to serve and file its answer.

2. On April 4, and April 14, 2000, counsel for Plaintiff and Defendant 21st Century Systems, Inc., conferred for the purpose of filing a Joint Scheduling Report of Scheduling Meeting. A Joint Scheduling Report was filed on April 20, 2000.

3. Counsel for Defendant 21st Century Systems, Inc., has represented that Defendant had disconnected its telephones and counsel was unable to contact the company. Counsel for Defendant sent a letter to the company's last known address, and on May 11, 2000, advised that the letter was returned to sender with the postal marking, "21st Century Systems Moved-- Left No Address --Unable to Forward."

4. On May 9, 2000, counsel for Plaintiff learned from the Florida Department of Agriculture and Consumer Services that the same individuals and/or principals who controlled 21st Century Systems, Inc., may be conducting the same business in Florida under a different name.

5. Plaintiff intends to pursue discovery of the third party company to determine, what, if any, connection it has to Defendant 21st Century Systems, Inc.

6. If Plaintiff determines that the third party company is in fact controlled by the same principal(s) as Defendant 21st Century Systems, Inc., joinder of the appropriate party or parties as defendant(s) would be necessary for the just adjudication of this action.

For the foregoing reasons, Plaintiff has not yet moved for the entry of default against Defendant 21st Century Systems, Inc.

DATED: *May 15, 2000*  Respectfully submitted,

OF COUNSEL:                         FOR THE UNITED STATES OF AMERICA:

EILEEN HARRINGTON                   DAVID W. OGDEN
Associate Director for              Acting Assistant Attorney General
  Marketing Practices               Civil Division
Federal Trade Commission            United States Department of Justice
Washington, D.C. 20580

                                    THOMAS E. SCOTT
                                    United States Attorney

CRAIG TREGILLUS
Attorney
Federal Trade Commission            Nancy Langston
Washington, D.C. 20580              Assistant United States Attorney
PHONE: (202) 326-2970               500 E. Broward Blvd., 7th Floor
FAX: (202) 326-3395                 Fort Lauderdale, FL 33394
                                    Assigned No. A5500437
                                    PHONE: (305) 961-9012
                                    FAX: (305) 530-7139
                                    Eml: nancy.langston@usdoj.gov

                                    _____
                                    Jill P. Furman
                                    Trial Attorney
                                    Office of Consumer Litigation
                                    P.O. Box 386
                                    Washington, D.C. 20044
                                    PHONE: (202) 307-0090
                                    FAX: (202) 514-8742
                                    Eml: jill.furman@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that Plaintiff's **Response to Court's Order to Show Cause** has been served this __15th__ day of May, 2000, by sending via facsimile and U.S. Mail, first class postage pre-paid to:

Carl A. Schmitt, Esq.
1666 Kennedy Causeway, Suite 705
North Bay Village, FL 33141

_____
Jill P. Furman
Office of Consumer Litigation
U.S. Department of Justice