UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 00-6219-CIV
UNGARO-BENAGES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

21ST CENTURY SYSTEMS, INC., et al.,

    Defendant,

_____/

## ORDER RE-SETTING INITIAL PLANNING AND SCHEDULING CONFERENCE

THIS CAUSE is hereby set for an Initial Scheduling and Planning Conference before the Honorable Ursula Ungaro-Benages, at the U.S. Courthouse, 301 N. Miami Ave., 11th Floor, Courtroom, Miami, Florida on **JUNE 23, 2000 at 10:00 AM.**

DONE AND ORDERED at Miami, Florida this _16_ day of May, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record