AO 440 (Rev. 1/90) Summons in a Civil Action

00-6219 CV-UU (handwritten)

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | February 16, 2000 |
| NAME OF SERVER (PRINT) Bryant. Mayhew | TITLE Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 351 Cypress Road, Suite 305, Pompano Beach FL 33060 (served Stacie Levan, Receptionist)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/23/00

_____
Signature of Server

1105 E 6 25 Street, Ft Lauderdale FL 33301
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.