UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6219-CIV-UNGARO-BENAGES/BROWN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| v. | ) |
| 21ST CENTURY SYSTEMS, INC., a Florida corporation; and SARA R. MILLER, individually, and as an officer of the corporation, | ) |
| DEFENDANTS. | ) |

## PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY

Plaintiff, United States of America, through counsel, Jill P. Furman, Trial Attorney, Office of Consumer Litigation, United States Department of Justice, respectfully requests Court permission to appear telephonically at the Initial Scheduling and Planning Conference scheduled for Friday, June 23, 2000, at 10:00 A.M. in the above-entitled matter. Counsel for Plaintiff states that counsel for Defendant 21st Century Systems, Inc., has assented to this request. Furthermore, Assistant United States Attorney Nancy Langston is available to appear in person at the Initial Scheduling and Planning Conference, in addition to above-named counsel's telephonic appearance, should the Court so request.

DATED: _June 16, 2000_                Respectfully submitted,

OF COUNSEL:                           FOR THE UNITED STATES OF AMERICA:

EILEEN HARRINGTON                     DAVID W. OGDEN
Associate Director for                Acting Assistant Attorney General
 Marketing Practices                  Civil Division
Federal Trade Commission              United States Department of Justice
Washington, D.C. 20580

                                      THOMAS E. SCOTT
                                      United States Attorney

CRAIG TREGILLUS
Attorney
Federal Trade Commission              Nancy Langston
Washington, D.C. 20580                Assistant United States Attorney
PHONE: (202) 326-2970                 500 E. Broward Blvd., 7th Floor
FAX: (202) 326-3395                   Fort Lauderdale, FL 33394
                                      Assigned No. A5500437
                                      PHONE: (305) 961-9012
                                      FAX: (305) 530-7139
                                      Eml: nancy.langston@usdoj.gov

                                      _/s/ Jill P. Furman_
                                      Jill P. Furman
                                      Trial Attorney
                                      Office of Consumer Litigation
                                      P.O. Box 386
                                      Washington, D.C. 20044
                                      PHONE: (202) 307-0090
                                      FAX: (202) 514-8742
                                      Eml: jill.furman@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that Plaintiff's **Motion to Appear Telephonically** has been served this 16th day of June, 2000, by sending via facsimile and U.S. Mail, first class postage pre-paid to:

Carl A. Schmitt, Esq.
1666 Kennedy Causeway, Suite 705
North Bay Village, CL 33141
FAX: (305) 861-7517

Jill P. Furman
Office of Consumer Litigation
U.S. Department of Justice