UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6219-CIV-UNGARO-BENAGES

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

21st CENTURY SYSTEMS, INC.,
et al.,
    Defendants.
_____/



FILED by _____ D.C.

JUN 19 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon *sua sponte* review of the file.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. This case was filed on February 14, 2000. A review of the record reveals that Defendant Sara R. Miller has not been served. Accordingly, it is hereby

ORDERED AND ADJUDGED that no later than 12 Noon, June 21, 2000, Plaintiff shall file a written response showing good cause why this case should not be dismissed as to Defendant Sara Miller for failure to effect service within the time limit prescribed by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff's failure to comply with this Order will result in an Order dismissing the action as to Defendant Sara Miller without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of June, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided by facsimile:
counsel of record