

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6219-CIV-UNGARO-BENAGES/BROWN

UNITED STATES OF AMERICA,

PLAINTIFF,

v.

21ST CENTURY SYSTEMS, INC.,
 a Florida corporation; and
SARA R. MILLER, individually, and as an
 officer of the corporation,

DEFENDANTS.
_____/

### PLAINTIFF'S RESPONSE TO COURT'S JUNE 19, 2000 ORDER TO SHOW CAUSE AND MOTION FOR VOLUNTARY DISMISSAL

Plaintiff, United States of America, through counsel, Jill P. Furman, Trial Attorney, Office of Consumer Litigation, United States Department of Justice, hereby shows cause in response to the Court's June 19, 2000, Order, and moves, pursuant to Fed. R. Civ. P. 4(m), to dismiss without prejudice the complaint filed against Defendant Sara R. Miller, for failure to serve the Defendant within the time allowed by the Federal Rules of Civil Procedure. In support of its Response and Motion, Plaintiff states as follows:

1.  The complaint in this case was filed on February 14, 2000. Plaintiff successfully served Defendant 21st Century Systems, Inc., however its initial efforts to serve personally Defendant Sara R. Miller were unsuccessful.

2. Plaintiff was advised by counsel for Defendant 21st Century Systems, Inc., that shortly after the complaint was filed, Defendant Sara R. Miller, the principal officer of 21st Century Systems, Inc., had fled the country for England, her native homeland.

3. Plaintiff was also advised that Defendant 21st Century Systems, Inc., had closed its business and disconnected its telephone and that counsel for Defendant 21st Century Systems, Inc., had been unable to communicate with his client to defend the case.

4. On May 9, 2000, counsel for Plaintiff learned from the Florida Department of Agriculture and Consumer Services that the same individuals and/or principals who controlled 21st Century Systems, Inc., may be conducting the same business in Florida under a different name.

5. Plaintiff continued its efforts to locate Defendant Sara R. Miller when it learned that the third party company may be conducting the same business as Defendant 21st Century Systems, Inc., under a different name.

6. Despite its continued efforts, Plaintiff has been unable to serve Defendant Sara R. Miller within the time allowed by the Federal Rules.

WHEREFORE, Plaintiff respectfully requests that the foregoing Motion be granted and that the complaint be dismissed against Defendant Sara R. Miller without prejudice.

DATED: *June 20, 2000*                    Respectfully submitted,

OF COUNSEL:                               FOR THE UNITED STATES OF AMERICA:

EILEEN HARRINGTON                         DAVID W. OGDEN
Associate Director for                    Acting Assistant Attorney General
  Marketing Practices                    Civil Division
Federal Trade Commission                  United States Department of Justice
Washington, D.C. 20580
                                          GUY A. LEWIS
                                          United States Attorney

CRAIG TREGILLUS                           *Nancy Langston*
Attorney                                  Nancy Langston
Federal Trade Commission                  Assistant United States Attorney
Washington, D.C. 20580                    500 E. Broward Blvd., 7th Floor
PHONE: (202) 326-2970                     Fort Lauderdale, FL 33394
FAX: (202) 326-3395                       Assigned No. A5500437
                                          PHONE: (305) 961-9012
                                          FAX: (305) 530-7139
                                          Eml: nancy.langston@usdoj.gov

                                          for *Nancy Langston*
                                          Jill P. Furman
                                          Trial Attorney
                                          Office of Consumer Litigation
                                          P.O. Box 386
                                          Washington, D.C. 20044
                                          PHONE: (202) 307-0090
                                          FAX: (202) 514-8742
                                          Eml: jill.furman@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that Plaintiff's **Response to Court's Order to Show Cause and Motion for Voluntary Dismissal** has been served this _____ day of June, 2000, by sending via facsimile and U.S. Mail, first class postage pre-paid to:

>Carl A. Schmitt, Esq.
>1666 Kennedy Causeway, Suite 705
>North Bay Village, FL 33141
>FAX: (305) 861-7517

*for* Jill P. Furman
Office of Consumer Litigation
U.S. Department of Justice