UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6219-CIV-UNGARO-BENAGES

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

21ST CENTURY SYS., INC.,
et al.,
    Defendants.
_____/



### ORDER OF DISMISSAL

THIS CAUSE is before the Court upon *sua sponte* review of the file and Plaintiff's Motion to Appear Telephonically, filed June 16, 2000.

THE COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised in the premises. By Order to Show Cause dated May 11, 2000, the Court instructed Plaintiff to file a written response showing good cause why it had failed to move for the entry of default against Defendant 21st Systems, Inc. On May 15, 2000, Plaintiff filed its response advising the Court that although 21st Systems had been served on February 16, 2000, the parties had agreed to an extension of time until April 6, 2000 for 21st Century to serve and file its answer. Plaintiff further advised that subsequent to April 6, 2000, counsel for 21st Century represented to Plaintiff that 21st Century had disconnected its telephones and he had to date been unable to contact the company. Finally, Plaintiff advised that its inquiry of the Florida Department of Agriculture and Consumer Services provided information that the principals of 21st Century may be conducting the subject business in Florida under a different name. Consequently, Plaintiff stated that it intended to pursue discovery of the unnamed third party company and, if appropriate, move to amend the Complaint. As of the date of this Order,



Plaintiff has not moved to amend nor has it otherwise advised the Court of the status of this case as to Defendant 21st Century Systems. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff has failed to show good cause for its failure to seek a default against Defendant 21st Century Systems, Inc. It is further

ORDERED AND ADJUDGED that the Court construes Plaintiff's failure to seek a default as an election not to prosecute its case against Defendant 21st Century Systems, Inc. Therefore, Defendant 21st Century Systems, Inc. is DISMISSED from the cause without prejudice. It is further

ORDERED AND ADJUDGED that the Motion is DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of June, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided by facsimile:
counsel of record