UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6219-CIV-UNGARO-BENAGES

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

21ST CENTURY SYSTEMS, INC.,
et al.,
    Defendants.
_____/



FILED by _____ D.C.
JUN 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Motion for Voluntary Dismiss, filed June 20, 2000.

THE COURT has considered the Motion, the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED and the cause is DISMISSED as to Defendant Sara R. Miller.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of June, 2000.

                URSULA UNGARO-BENAGES
                UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record

