UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6219-CIV-UNGARO-BENAGES

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

21ST CENTURY SYSTEMS, INC.,
et al.,
    Defendants.
_____/



FILED by _____ D.C.
JUN 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI

## ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court upon the Orders of Dismissal dismissing this action as to Defendants 21st Century Systems, Inc. and Sara Miller and *sua sponte* review of the file. It is hereby ORDERED AND ADJUDGED that this case is CLOSED for administrative purposes. It is further

ORDERED AND ADJUDGED that all pending motions in this case are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE